# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STERIGENICS U.S., LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
|  | ) 1:20-cv-1382-WMR |
| COBB COUNTY, GEORGIA; NICHOLAS DAWE, Fire Marshal of Cobb County, Georgia, in his Individual Capacity; and KEVIN GOBBLE, Development and Inspections Division Manager and Chief Building Official of Cobb County, Georgia, in his Individual Capacity, | ) |
| Defendants. | ) |

## TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Motion for Temporary Restraining Order, the memorandum, exhibits, and declarations in support thereof, it is hereby:

ORDERED that Plaintiff's Motion for a Temporary Restraining Order is GRANTED. IT IS, THEREFORE, ORDERED that Nicholas Dawe and Kevin Gobble are TEMPORARILY RESTRAINED, for the duration of 14 days, from precluding Sterigenics' operations at its facility in Cobb County, Georgia. Sterigenics shall be free to conduct its normal operations at the facility to sterilize

2

medical products without interference of Mr. Dawe or Mr. Gobble during that 14-day period. Pursuant to Federal Rule of Civil Procedure 65(d)(2), this order is also binding on Mr. Gobble's and Mr. Dawe's "agents, servants, employees, and attorneys; and . . . other persons who are in active concert or participation" with them and "who receive notice of [the order] by personal service or otherwise."

SO ORDERED this 1st day of April, 2020.

*William M. Ray II*

_____
Judge, United States District Court