IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STERIGENICS U.S., LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 1:20-CV-01382-SEG |
| | ) | |
| COBB COUNTY, GEORGIA et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING DEPOSITION TRANSCRIPT

Please take notice that, pursuant to Section V(A) of the Court's Standing Order, defendants hereby file the transcript and exhibits for the deposition of Guy Robert Colonna, attached hereto as Exhibit A.

FREEMAN MATHIS & GARY, LLP

    /s/ *Sun S. Choy*
Sun S. Choy
Georgia Bar No. 025148
schoy@fmglaw.com

Attorney for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

# CERTIFICATE OF SERVICE

I certify that I filed the foregoing **NOTICE OF FILING DEPOSITION TRANSCRIPT** using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record who are CM/ECF participants:

| | |
|---|---|
| William Clay Massey, Esq.<br>Daniel F. Diffley, Esq.<br>Thomas P. Grantham, Esq.<br>ALSTON & BIRD, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309 | H. William Rowling, Jr., Esq.<br>Lauren S. Bruce, Esq.<br>Brian S. Johnson, Esq.<br>COBB COUNTY<br>ATTORNEY'S OFFICE<br>100 Cherokee Street, Suite 350<br>Marietta, GA 30090 |
| Fred D. Bentley, Jr., Esq.<br>Jamie S. Wingler, Esq.<br>BENTLEY, BENTLEY & BENTLEY<br>241 Washington Avenue<br>Marietta, GA 30060 | Cale H. Conley, Esq.<br>CONLEY GRIGGS PARTIN, LLC<br>4200 Northside Parkway, N.W.<br>Building One, Suite 300<br>Atlanta, GA 30327 |
| Roy E. Barnes, Esq.<br>BARNES LAW GROUP, LLC<br>31 Atlanta Street<br>Marietta, GA 30060 | |

This 30th day of September, 2022.

                                    /s/ *Sun S. Choy*
                                    Sun S. Choy
                                    Georgia Bar No. 025148
                                    schoy@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)